UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DAVID HAMILTON (#108298)**

**VERSUS**

**MELVIN GROOMS, ET AL.**

**CIVIL ACTION NO.**

**19-486-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 1, 2020, to which an objection was filed (Doc. 31);

**IT IS ORDERED** that the Motion for Summary Judgment (Doc 22) is GRANTED and that Hamilton's claims against Melvin Grooms, Shannon DeMarrs, Adam Hayes, Luke Rheams, and Jeff Franklin are DISMISSED, WITHOUT PREJUDICE, for failure of Hamilton to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Hamilton's claims against Unknown Barnett is DISMISSED, WITHOUT PREJUDICE, for failure of Hamilton to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Hamilton's Motion to Delay Consideration of the Defendant's Summary Judgment Until the Completion of Discovery, (Doc. 25) is DENIED.

**IT IS FURTHER ORDERED** that the remaining pending Motions (Docs. 20 and 23) are DENIED AS MOOT.

Signed in Baton Rouge, Louisiana, on <u>July 16, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**